# In The United States Court of Federal Claims

No. 09-840L

(Filed: March 19, 2010)

_____

WAYNE A. BRACKETT,
JEANNE V. BRACKETT,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 26, 2010, the parties filed a Joint Motion To Transfer.  The parties' motion is hereby **GRANTED**.  Further to the promotion of docket efficiency and the efficient administration of justice, and with the agreement of both judges, the Clerk of the Court shall transfer the above-captioned matter to the docket of the Honorable Lynn J. Bush, pursuant to RCFC 40.1(b) and 40.2(a)(4).

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge